# INDEX OF EXHIBITS

1.

**"A"**
**Examples of Defendants' Publications**

2.

**"B"**
**Plaintiff's Demand for Retraction**

3.

**"C"**
**Mexican Police Report**
**18H #4211288**
**09/09/2016**

4.

**"D"**
**List of Print and Broadcasting outlets of Defendants PNI & Gannett**

# EXHIBIT

# "A"

Published Az. Republic: July 17, 2018 et seq.



# Bobby Wilson Confesses He Murdered His Mother and Sister Last Thursday

Driving Lessons To Be Offered

Hugo Youth Not Seriously Hurt By Gunshot

Tourist Study Due In Choctaw, Other Counties

One Paris Jail Breaker Nabbed

Yard Contest Winners Are

Copy of the Choctaw County Weekly newspaper's article on June 27, 1963, detailing Bobby Wilson's confession of murder.

Courtesy of Hugo Publishing Company

Published Az. Republic: August 15th 2018 et seq.

# HOA leader: Candidate said he'd kill me

## Hopeful said earlier that he fatally shot own mom

Dustin Gardiner Arizona Republic
USA TODAY NETWORK

The Arizona Senate candidate who killed his mother — a bizarre tale that captured national attention — also broke down a door and threatened the president of his homeowners association two years ago, according to his neighbors.



Bobby Wilson

Last month, candidate Bobby Wilson spoke at a forum in Tucson about how his pro-gun stance was shaped by his own experience fending off a crazed attacker when he was 18 years old.

That attacker, whom Wilson said he fatally shot in self-defense, was his mother. He was charged with murdering her and his sister in rural Oklahoma more than 50 years ago.

Newspaper articles from the time say Wilson confessed the killings, but he later claimed amnesia about the incident. The charges ultimately were dismissed. Years later, Wilson said he regained his memory and recalled that he killed his mother in self-defense.

Wilson's story drew nationwide attention after *The Arizona Republic* published an article about how he alluded to it during the July 9 candidate forum.

The story also soon caught the at-

See CANDIDATE, Page 5A

# EXHIBIT

# “B”

Bobby Wilson, Republican Candidate

State Senate – District 2

2151 N. Avenida Tabica
Green Valley, AZ 85614
Phone: 520.982.1658
E-Mail: bobbysvisa@gmail.com
www.bobbyjwilsonforaz.com

**DELIVERY CONFIRMATION**

August 15, 2018

Nicole Carroll, Editor
*Arizona Republic Newspaper*
*& USA Today*
200 East Van Buren
Phoenix, AZ 85005

Re: Remand for Retractions

Dear Editor,

Your above said Publications have recently published at least two detailed and major Articles about me supposedly confessing to murdering my mother and sister. You accomplished this by re-publishing old articles (1963 Hugo Daily Newspapers and its weekly Choctaw County sister publication}. In this past Monday's edition your Paper re-published those articles again.

I gave interviews to several of your reporters before your Papers re-published said libelous articles in which I expressly warned them not to re-publish those old Oklahoma-based articles because they were untrue and libelous to me in nature. I informed your reporters that at the Oklahoma criminal trials concerning the deaths, the Editor, Jack Stamper, who created those false articles, and the local sheriff, Ed Thornton, admitted under oath at trial that there had never been any written or oral confession of any murders or arson by me. No convictions were obtained at those criminal trials and all the charges against me were subsequently dismissed.

I also gave one of your reporters a copy of my published book, *Bobby's Trials*, before your publications, and told her that book was the only true account of what caused the deaths of my mother and sister.

I am an approved candidate for the State Senate in the up coming Arizona primary and your said articles have now been spread all over my LD 2 District, seriously damaging my campaign chances. Your said Publications were done with malice, recklessly, and with intent to cause embarrassment and damage to me and to my campaign.

Furthermore, your article of this week stated I had a conviction in Texas for forgery, that case was formally dismissed in 1993 and I have no criminal record of convictions.

Pursuant to the provisions of A.R.S. Section: 12-653.02-.03 you and your publication have three weeks from the first date of your Publications of those libelous old articles (well over fifty years old) to publish a retraction in your publications for public review of the slanderous and untrue statements in your Article that states: "I confessed to murdering my mother and sister and burning our family home."

Furthermore, I expect a formal apology for your reckless defamation of my name by re-printing those totally discredited Oklahoma-based published articles.

Litigation will follow on the above said and companion issues unless those false matters are formally retracted in your Publications.

Yours truly,

Bobby Wilson

Cc: Letters to Editor
*Arizona Republic Newspaper*

# EXHIBIT

# "C"

**Page 1:**
I was in a meeting at the front office with the board of directors and an owner named Eileen Wilson. Those on the board are Bruce Turner and Daniel Dimovsky. At the end of the meeting Mrs. Eileen Wilson left and returned 5 minutes later with her husband Mr. Bob Wilson who was annoyed because of the time that the meeting had taken. He verbally assaulted President Daniel Dimovsky and Secretary Bruce Turner. Minutes after (illegible) 2 eyewitnesses by the name of Juan Torres Valenzuela, 21 years of age and Pedro Torres Valenzuela, 16 years of age. Mr. Bob Wilson broke the main door of the administrative office with a kick, then left to an unknown destination.

Luis Alejandro Leon Rivera Police Officer A. Leon

**Page 2:**
At 18:25 hours, the radio dispatcher told us to take unit 067 and go to the Las Palmas condominiums located on Boulevard Costero, as there was a report of damages at the site.

**Page 4:**
I was in a meeting at the front office with the board of directors and an owner named Eileen Wilson. Those on the board are Bruce Turner and Daniel Dimovsky. At the end of the meeting Mrs. Eileen Wilson left and returned 5 minutes later with her husband Mr. Bob Wilson who was annoyed because of the time that the meeting had taken. He verbally assaulted President Daniel Dimovsky and Secretary Bruce Turner. Minutes after (illegible) 2 eyewitnesses by the name of Juan Torres Valenzuela, 21 years of age and Pedro Torres Valenzuela, 16 years of age. Mr. Bob Wilson broke the main door of the administrative office with a kick, then retreated to an unknown destination.

**Page 7:**
At 10:50 am on 09/09/2016, Mr. Osvaldo Beltrán Camacho, 42 years of age, came to the Public Safety Office in his capacity as administrator of Las Palmas Resort and requested the cancellation of 18H # 4211288 regarding the fact that Mr. Bob Wilson, owner of the Baja 502 condominium, broke the door of the HOA administration office. Mr. Bob Wilson has since paid for the damages caused to the door. This occurred on 08/17/2016 at 18:20 hours at Las Palmas Resort.

# EXHIBIT

# "D"

WIKIPEDIA

# List of assets owned by Gannett

Gannett Company owns over 100 daily newspapers, and nearly 1,000 weekly newspapers. These operations are in 43 U.S. states and six countries.[1]

## Contents


Newspapers
- United States
- United Kingdom

Other assets

References


## Newspapers

### United States

- *USA Today* (Tyson's Corner, Virginia)

#### Alabama

- *Montgomery Advertiser*

#### Arizona

- *The Arizona Republic*, Phoenix
- *Tucson Citizen*

#### Arkansas

- *The Baxter Bulletin*

#### California

- *Redding Record Searchlight*
- *The Desert Sun*, Palm Springs
- *The Salinas Californian*
- *Tulare Advance-Register*
- *Ventura County Star*
- *Visalia Times-Delta*

#### Colorado

- *Fort Collins Coloradoan*

## Delaware

- *The News Journal*, Wilmington

## Florida

- *Florida Today*, Brevard County
- *Fort Myers News-Press*
- *Naples Daily News*
- *Pensacola News Journal*
- *Tallahassee Democrat*
- *Treasure Coast Newspapers*
  - *The Stuart News*, Stuart
  - *Indian River Press Journal*, Vero Beach
  - *The St. Lucie News-Tribune*, Fort Pierce
- *FSView & Florida Flambeau*
- *Central Florida Future*
- *Seminole Chronicle*
- *Pensacola News Journal*

## Guam

- *Pacific Daily News*, Hagatna

## Indiana

- *The Indianapolis Star*
- *Journal and Courier*, Lafayette
- *The Star Press*, Muncie
- *Palladium-Item*, Richmond
- *Evansville Courier & Press*

## Iowa

- *The Des Moines Register*
- *Iowa City Press-Citizen*

## Kentucky

- *The Courier-Journal*, Louisville
- *The Gleaner*, Henderson

## Louisiana

- *The Town Talk*, Alexandria
- *The Daily Advertiser*, Lafayette
- *The News-Star*, Monroe
- *Daily World*, Opelousas
- *The Times*, Shreveport

## Maryland

- *The Daily Times*, Salisbury

## Michigan

- *Battle Creek Enquirer*
- *Detroit Free Press*
- *Lansing State Journal*
- Observer and Eccentric Newspapers
- *Times Herald*, Port Huron

## Minnesota

- *St. Cloud Times (https://www.sctimes.com/)*

## Mississippi

- *Hattiesburg American*
- *The Clarion-Ledger*

## Missouri

- *Springfield News-Leader*, Springfield

## Montana

- *Great Falls Tribune*

## Nevada

- *Reno Gazette-Journal*

## New Jersey

- *Asbury Park Press*
- *Courier-News*, Bridgewater
- *The Courier-Post*, Cherry Hill
- *The Daily Journal*, Vineland
- *Daily Record*, Morristown
- *Herald News*, Woodland Park
- *Home News Tribune*, East Brunswick
- *Ocean County Observer*, Toms River
- *The Record*, Hackensack
- *Suburban Trends*, Butler

## New Mexico

- *Las Cruces Sun-News*

## New York

- *Press & Sun-Bulletin*, Binghamton

- *Star-Gazette*, Elmira
- *The Ithaca Journal*
- *Poughkeepsie Journal*
- *Democrat and Chronicle*, Rochester (original flagship newspaper)
- *The Journal News*, Westchester County

## North Carolina

- *Asheville Citizen-Times*

## Ohio

- *Newspaper Network of Central Ohio*
- *Telegraph-Forum*, Bucyrus
- *Chillicothe Gazette*
- *The Cincinnati Enquirer*
- *Coshocton Tribune*
- *The News-Messenger*, Fremont
- *Lancaster Eagle-Gazette*
- *Mansfield News Journal*, Mansfield
- *The Marion Star*
- *The Advocate (Newark)*, *Newark*
- *News Herald*, Port Clinton
- *Times Recorder*, Zanesville

## Oregon

- *Statesman Journal*, Salem

## Pennsylvania

- *Lebanon Daily News*
- *Public Opinion*
- *York Daily Record*

## South Carolina

- *The Anderson Independent-Mail*
- *The Greenville News*
- *Link (magazine)*

## South Dakota

- *Argus Leader*, Sioux Falls

## Tennessee

- *The Commercial Appeal*, Memphis
- *The Daily News Journal*, Murfreesboro
- *The Jackson Sun*
- *The Knoxville News-Sentinel*

- *The Leaf-Chronicle*, Clarksville
- *The Tennessean*, Nashville

### Texas

- *Corpus Christi Caller Times*
- *El Paso Times*
- *San Angelo Standard-Times*
- *Times Record News*, Wichita Falls
- *The Abilene Reporter-News*

### Utah

- *The Spectrum*, St. George

### Vermont

- *The Burlington Free Press*

### Virginia

- *The News Leader*, Staunton

### Washington

- *Kitsap Sun*, Bremerton

### Wisconsin

- *Door County Advocate (http://www.doorcountyadvocate.com/)*
- *The Post-Crescent*, Appleton
- *The Reporter*, Fond du Lac
- *Green Bay Press-Gazette*
- *Herald Times Reporter*, Manitowoc
- *Marshfield News-Herald*
- *Milwaukee Journal Sentinel*
- *Oshkosh Northwestern*, Oshkosh
- *Stevens Point Journal*
- *The Sheboygan Press*
- *Wausau Daily Herald*
- *Wisconsin Rapids Daily Tribune*, Wisconsin Rapids

### Others

- Nursing Spectrum - mostly biweekly nursing employment magazines. Includes Nurseweek titles.

## United Kingdom

- Newsquest Media Group
  - 300 publications include the *Evening Times* and *The Herald*. (See the List of newspapers published by