BOBBY WILSON
2151 N. Avenida Tabica
Green Valley, AZ 85614
Telephone: 520-982-1658
Email: bobbysvisa(at)gmail.com
PLAINTIFF,
in Propria Persona

FILED ✓    LODGED ___
RECEIVED ___    COPY ___

APR 26 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

TUCSON DIVISION

| | |
|---|---|
| BOBBY WILSON, | NO. CV-19-130-TUC-JR |
| Plaintiff | |
| vs. | **NOTICE OF VOLUNTARY** |
| PHOENIX NEWSPAPERS, INC., GANNETT COMPANY, INC., HUGO PUBLISHING CO. INC., ET AL. | **DISMISSAL WITHOUT** |
| | **PREJUDICE** |
| Defendants. | |

---

Comes now Bobby Wilson, Plaintiff herein, and gives the following Notice:

NOTICE IS HEREBY GIVEN that pursuant to the Federal Rules of Civil Procedure, Rule 41 (a), Plaintiff voluntarily dismisses without prejudice the above-entitled action against all named Defendants herein. This notice of dismissal is being filed with the Court before service by any named Defendant of either an answer or a motion for summary judgment.

Bobby Wilson, Plaintiff

*/s/ Bobby Wilson*

Dated: April 22, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of April 2019, I caused the following document to be placed in the U.S. Mail, first class, addresses to counsel of record for these named Defendants and all other defendants.

*[signature]*

Bobby Wilson, Plaintiff

2